**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Matthew P Laychock | | |
| | : | |
| Debtor | : | Bankruptcy No.  20-10540 |

ORDER

AND NOW, it is  ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated January 30, 2020 and  February 13, 2020, this case is hereby DISMISSED.

Honorable  Judge Jean K. FitzSimon
United States Bankruptcy Judge

**Date: March 4, 2020**

Missing Documents:
Schedules A/B, C, E/F G, H, I, J
Chapter 13 Plan
Statement of Your Current Monthly Income
Mean Test Calculation
Statement of Financial Affairs
Summary of Assets and Liabilities
Attorney Disclosure  Statement

bfmisdoc