IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **MATTHEW P. LAYCHOCK** | : | Bankruptcy No. 20-10540-jkf |
| | : | |
| **Debtor** | : | |

## ORDER

AND NOW, this 13th day of May 2020, upon consideration of the Motion of National Capital Management, L.P., to Reopen Bankruptcy Case and for Entry of Bar Order (the "Motion"), and any objection or responses to the relief requested therein, and after notice and opportunity for hearing, and good cause appearing for the relief requested in the Motion, it is hereby ORDERED, that the Motion be and hereby is GRANTED, and it is further:

ORDERED, that this bankruptcy case is reopened for the purpose of ruling on the Motion, only; and it further

ORDERED, that the Debtor is barred from filing another petition under any chapter of Title 11, without prior leave of Court, for a period of 180 days from the date hereof; and it is further

ORDERED, that any petition filed by the Debtor in violation of this Order is void *ab initio* and of no effect upon National Capital Management L.P.'s enforcement of its rights and remedies with respect to the Debtor and the Debtor's property; it is further

ORDERED, that after docketing of this Order, this case shall be closed.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

- 2 -

Copies to:

Leona Mogavero, Esquire
Friedman Schuman, P.C.
101 Greenwood Avenue, Fifth Floor
Jenkintown, PA 19046

Robert Leite-Young, Esquire
Law Office of Robert Leite Young
6950 Castor Ave.
Philadelphia, PA 19149

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106

Scott Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606